UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60191-CIV-SINGHAL

JAMES LANDINI and KAELA MARIE
PERRY, individually and on behalf
of other similarly situated individuals,

    Plaintiffs,

v.

CIRCLES OF CARE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (DE [7]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of April 2023.

                                                                                       RAAG SINGHAL
                                                                                      UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF